UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEXTER HOLDER<br>D.O.C. # 452102 | CIVIL ACTION NO. 11-698 |
| VERSUS | JUDGE TRIMBLE |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is a report and recommendation issued by the magistrate judge, in which it is recommended that plaintiff's civil rights complaint be denied and dismissed with prejudice.[1] Plaintiff timely filed objections to the report and recommendation.[2] The court has reviewed the magistrate judge's proposed findings, as well as the objections filed by plaintiff and finds that the report and recommendation issued by the magistrate judge is correct under applicable law and jurisprudence. In so finding, the court specifically notes that plaintiff's objection based on the magistrate judge's jurisdiction is made in error. The magistrate judge has not ruled on the merits of plaintiff's claims in violation of 28 U.S.C. § 636, but, instead, only offers his report and recommendation as to same. The undersigned is the presiding authority as to the merits of this case.

Considering the court's finding as to the magistrate judge's report and recommendation, it is hereby

---

[1] R. 13.
[2] R. 14.

**ORDERED**, **ADJUDGED** and **DECREED** that all claims by plaintiff in the above-captioned case are **DENIED** and **DISMISSED** with prejudice at plaintiff's cost.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 30th day of August, 2011.

                                            JAMES T. TRIMBLE, JR.
                                            UNITED STATES DISTRICT JUDGE